IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

TAMMY STROTHER                                                PLAINTIFF

vs.                              Civil No. 6:16-cv-06025

NANCY BERRYHILL                                              DEFENDANT
Acting Commissioner, Social Security Administration

## JUDGMENT

Comes now the Court on this the 16th day of February 2017, in accordance with the

Memorandum Opinion entered in the above-styled case on today's date, and hereby considers,

orders, and adjudicates that the decision of the Commissioner of the Social Security Administration

is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

/s/  Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE